# IN THE MIDDLE DISTRICT OF FLORIDA OFFICE OF THE CLERK

June Marquee Larun Bush
JUNE MARQUES BUSH

VS.

DEPARTMENT OF HUMAN RELATIONS
AND SOCIAL SERVICES/ INTERNAL
REVENUE SERVICES/OF THE FORT
MYERS DIVISION AND ORLANDO DIVISION

PROVIDED TO HARDEE CORRECTIONAL INSTITUTION ON 11/25/20 FOR MAILING INMATE LEGAL MAIL

2:20-cv-950-FtM-38MRM

2020 DEC -2 AM 11:39

FILED

## COMPLAINT

Due to the equitable estoppel cause by the fiduciaries that's causing gross negligence. I am suffering from a communist attack due to the people extortive ways. Their people false imprisoned me and used the people to sabotage me. I am being stalked by enemies that installed an illegal device to distract me. They have been tax evading and using my money for illegal purposes pursuant to the state of Florida constitution its illegal for the people of the state of Florida to be using illegal tactics to disparage people, in the constitution but, my relatives gave away my property and caused equitable estoppel and deliberately caused me to spend a mandatory ten years in prison, being threatened, that if I spend any money out of my accounts, they would do physical harm to me. The officers designed a game that causes equitable estopel. The Judge in my case, used an unlawful tactic and &used the justice system to cause economical downfall, and demanded that Linda

Doggett used coercion to cause a Felony prosecution. Over the last seven years I observed how by a scheme of an enemy that has been discriminating through their people put limitations on our governmental ethics and started using denials to place limits on people privileges. He was gathering information from the devices and taking advantage of our public involuntary conditions of service.

## BASIS FOR INVOKING JURISDICTION

People keep enslaving me an taking everything I granted and trying to intimidate me, the local authorities keep being manipulated. I have been put in the prison and is trying to have my case reviewed. Someone is using an illegal tactic. pursuant to 895.03 Prohibited activities and defense. Section(1) It is unlawful for any person who has with criminal intent received any proceeds derived, directly or indirectly, from a pattern of racketeering activity or through the collection of an unlawful debt to use or invest whether directly or indirectly, any part of such proceeds, or the proceeds derived from the investment or such there of, in the acquisition of any title to, or any right, interest, or equity in or in the establishment or operation of an enterprise (2). It is unlawful for any person, through a pattern of racketeering activity or the collection of an unlawful debt. To acquire or maintain, directly or indirectly any interest in or control of any enterprise of real property. (3). It is unlawful for any person employed by or associated with any enterprise to conduct or participate , directly or indirectly in such enterprise through a pattern of

racketeering activity or the collection of an unlawful debt. I was placed in jail because of the people and when I notified the local authorities they did not having they did nothing and they tried to evade being investigated what I mean by that they tried to evade, is all the people act as if it voided, and be engaging in Racketeering activity and their people be using an unlawful optic device that illegally caused me to be. Pursuant to 838.022 Official misconduct It is unlawful for a public servant to or public contractor to Knowingly and intentionally obtain for a benefit for any person to cause unlawful harm to another by falsifying or record or official document . Section (B) Concealing covering up destroying mutilating or altering any official record or official document except as authorized by Law or contract or causing another person to perform such an act.

Section C. Obstructing delaying, or preventing the communication information relating to the commission of a felony that directly involves or affects the Government entity served by the public servant or public contractor. Section 2 For the purpose of a candidate who does not qualify as a public servant.

Any person who violates this section commits a felony of the third degree punishable as provided 775.082, 775.083, and 775.084. The clerk has been coercing dismissal, the illegal way. Pursuant to the rules and regulations electronically stored information. The clerk supposed to pay. She refused to and was bound by contract in section C, obstructing, delaying or preventing the

communication of information relating to the commission of a felony that directly involves or affects the government entity served by the public servant or contractor. Exhibit 1. The clerk of Court violated section 838.022 Official misconduct by causing a needless delay in prosecution. She did not want to resolve the issues at hand. She deliberately evade compensating and she be preventing communication. Pursuant to the Florida Constitution adverse medical incident, I did not authorize an illegal optic device they've been evading prosecution, had installed an illegal device and has been evading prosecution. Because of their devices they have been using espionage, they false imprisoned me and been discriminating causing administrative delays. The officers allowed the inmates to cause them not to want to release me. They used people to sabotage hard working people. When I seen how the people which is in the internet deliberately caused gross negligence and did not compensate. I chose to seek civil action because the judges caused needless delays by discriminating and showing partisan. Exhibit 2 I have disclosed that due to my current incarceration that people have deliberately caused the state to go against their own contracts only because someone is evading prosecution.

**RELIEF SOUGHT:**

I ask the courts to move to prosecute the employees of state for violating contractual engagements and obstructing Justice by causing undue hardship by

making canteen and spending my money on canteen. They put me in prison and sabotaged my currency And would not let me commuicate with my bank associates to deposit money in my account. I could not even get in contact with any associates without being sabatoged through an communist tactic, The people formed a security threat group to cause me to be placed under extreme circumstances only to steal out of my accounts and concealed the fact that they went against the state of Florida constitution.

I Hereby certify that A TRUE And correct copy will Be furnished to the clerk and stAtE Attorney.